**Petition for Writ of Mandamus Denied and Majority and Dissenting Memorandum Opinions filed August 13, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00718-CV

---

## IN RE JUDITH AUDREY COOK AND BRANDON ORCUTT, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-261182**

---

## MAJORITY MEMORANDUM OPINION

Relators Judith Audrey Cook and Brandon Orcutt filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Kali Morgan, presiding judge of the 505th District Court of Fort Bend County, to vacate the trial court's September 12, 2023 order on real party in interest Celia Gordy's motion to disqualify relators' attorney.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan (Christopher, C.J., dissenting).